BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
THOMAS J. O'REARDON II (247952)
701 B Street, Suite 1700
San Diego, CA  92101
Tel:  619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN (AZ 005425)
ELAINE A. RYAN (AZ 012870)
PATRICIA N. SYVERSON
  (CA 203111; AZ 020191)
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Tel:  602/274-1100
602/798-5860 (fax)
afriedman@bffb.com
eryan@bffb.com
psyverson@bffb.com

Co-Lead Class Counsel

[Additional Counsel Appear On Signature Page]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE HYDROXYCUT MARKETING AND SALES PRACTICES LITIGATION | Case No.: 3:09-MD-02087-BTM(KSC) |
| ANDREW DREMAK, on Behalf of Himself, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>vs.<br><br>IOVATE HEALTH SCIENCES GROUP, INC., *et al.*,<br><br>Defendants. | Case No.: 3:09-CV-01088-BTM(KSC)<br><br>PLAINTIFF'S FURTHER RESPONSE IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date:  June 20, 2013<br>Time:  10:00 a.m.<br>Dept.:  15<br>Judge:  Hon. Barry T. Moskowitz |

Plaintiff Andrew Dremak submits this response in further support of the pending motion for final approval of class action settlement. *See* Dkt. Nos. 201-201-30, 207. Good cause exists for this brief supplement given the recent "firing" of Darrell Palmer, previous counsel of record for objector Sasha McBean, and the appearance of Ms. McBean's new counsel, Kendrick Jan. *See* Dkt. No. 227. This information goes to the issue of motivation in filing and continuing to press the sole objection to this settlement. This settlement has been well received by the members of the Class, including Ms. McBean. It was only after speaking with Mr. Palmer that Ms. McBean allowed an objection to be filed in her name. Even so, other than the amount of attorneys' fees and that she did not like that defendants falsely advertised their products, Ms. McBean had no objection to the settlement, until her new counsel instructed her on objections during a break in the evidentiary hearing.

At the last hearing, her new counsel, Mr. Jan, claimed to be new to class actions and objections. In fact, he is not new to the serial objector game. He and his wife are close to Darrell Palmer and, like Mr. Palmer's other family members, have both lent their names to objections brought and then later dismissed, presumably in return for a payoff.

In 2010, Mr. Palmer and Mr. Jan worked together in objecting to the class action settlement in *Droste v. Farmers Ins. Exchange*, No. CV-2004-294-3 (Ark. Cir. Ct. Miller County). *See* Exs. A-C (relevant excerpts of the docket from *Droste*). On December 27, 2010, an objection on behalf of Mr. Jan was filed, listing Mr. Palmer as attorney of record. Ex. A (*Droste* Palmer Objection). On January 7, 2011, Mr. Palmer filed a motion to intervene on behalf of Mr. Jan. Ex. B (*Droste* motion to intervene).[1] One week later, Mr. Jan's objections and

---

[1] Notably, just as they did here, Chris Bandas (counsel for objector Blanchard) filed objections on behalf of a separate objector and moved for admission *pro hac vice*. *See* Exs. D (*Droste* Bandas objections) and E (Bandas *Pro Hac*).

BLOOD HURST & O'REARDON, LLP

motion to intervene were withdrawn without explanation. Ex. C.

On January 13, 2011, while their objections were still active in *Droste*, Mr. Palmer filed a motion for *pro hac vice* to represent Mr. Jan in the related class action, *Lindquist v. Farmers Group, Inc.*, No. 06-cv-597 (D. Az.). *See* Ex. G.

Mr. Palmer is also currently working with the Jan family (including Jill Jan, Kendrick's wife, and their adult son, Hondo Jan) in objecting to the settlement in *In re Flonase Antitrust Litig.*, No. 08-3301 (E.D. Pa.). In *Flonase*, Judge Anita Brody ordered Mr. Palmer, Palmer's local counsel, Hondo Jan, and Jill Jan to produce documents and sit for deposition. *See* Ex. H. Mr. Palmer, Hondo Jan, and Jill Jan ignored the Court's order and failed to produce any documents or appear for deposition. Subsequently, the local counsel hired by Mr. Palmer moved to withdraw as counsel after Mr. Palmer simply stopped responding to them. *See* Ex. I.

The court in *Flonase* subsequently ordered Mr. Palmer, Jill Jan and Hondo Jan to show cause why sanctions should not be imposed for their failure to comply with the Court's prior order to produce documents and sit for deposition. *See* Ex. J. Once again, none of them responded to the order. At a subsequent hearing on whether to impose sanctions, the *Flonase* court's clerk testified that she received a call from Mr. Palmer who "said something to the effect of that that the Court – that this Chambers did not understand either anti-trust law or class action law." *See* Ex. K (hearing transcript at 7). The clerk explained that Mr. Palmer was "discourteous." *Id.* On June 19, 2013, the *Flonase* court found that the Jans and Palmer had not presented any evidence of class membership and the objections lacked merit. The motion for sanctions in *Flonase* is pending.

Mr. Jan's substitution of counsel in this matter is not surprising given his (and his family's) and Mr. Palmer's combined efforts over the years to disrupt

---

The class plaintiffs in *Droste* opposed Mr. Bandas' *pro hac vice* admission. Ex. F.

settlements, not to make them better, but to get paid. This motivation is not well-taken and should be considered by the Court in determining the validity of the objections filed.

Finally, attached as Exhibit L is the objection Mr. Palmer filed in *Lemus v. H&R Block Tax and Business Services, Inc.*, Case No. 09-3179 (N.D. Cal.). The *Lemus* case was a case for which Ms. McBean was soliciting objectors through her Facebook account. Ms. McBean solicited objectors on the last day to file objections, and Mr. Palmer filed his objection that day. Similarly, in the other case in which Ms. McBean solicited objections from her Facebook account, *Walker v. Discover Financial Services*, Case No. 10-6994 (N.D. Ill.), Ms. McBean solicited objections on the last day objections were due but neither she nor Mr. Palmer were able to find a class member.

Respectfully submitted,

Dated: June 19, 2013

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD
LESLIE E. HURST
THOMAS J. O'REARDON II

By:      *s/ Timothy G. Blood*
        TIMOTHY G. BLOOD

701 B Street, Suite 1700
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN (AZ 005425)
ELAINE A. RYAN (AZ 012870)
PATRICIA N. SYVERSON
  (CA 203111; AZ 020191)
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Tel:  602/274-1100
602/798-5860  (fax)

afriedman@bffb.com
eryan@bffb.com
psyverson@bffb.com

*Co-Lead Class Counsel*

4

Case No. 3:09-MD-02087-BTM(KSC)
Case No. 3:09-CV-01088-BTM(KSC)
PLTF'S FURTHER RESPONSE ISO FINAL APPROVAL OF CLASS ACTION SETTLEMENT

00061397

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 19, 2013.

                              *s/ Timothy G. Blood*
                              TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA  92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com