**FILED**
DEC 18 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ AKR    DEPUTY

NAME AND ADDRESS OF ATTORNEY
Sigge Malkvist
13465 Camino Canada #106
El Cajon, CA 92021

PHONE: (619) 312-5535

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

DEC 18 2014
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

TRIAL JUDGE Hon. Barry Ted Moskowitz        COURT REPORTER

In re Hydroxycut Marketing and Sales
Practices Litigation
Andrew Dremak
_____
(Appellant/Appellee)    Plaintiff

vs

Iovate Health Sciences Group, Inc., et al.
_____
(Appellant/Appellee)    Defendant

CIVIL NO. 09-md-2087-BTM (KSC)
              09-cv-1088-BTM (KSC)

NOTICE OF APPEAL    (Civil)

Notice is hereby given that  Sigge Malkvist, Objector,
_____

~~Plaintiff~~ _____ ~~Defendant~~ above named, hereby appeals to the United States Court

of Appeals for the:   (check appropriate box)

   **x**   Ninth Circuit                    Federal Circuit

from the:           (check appropriate box)

   **x**   Final Judgment  (Dkt. 1882 & 344)    **x**  Order (describe) Granting Motion for Final Approval of Class Action Settlement (Dkt 1881 & 343)

entered in this proceeding on the __18__ day of   November , 20 14
Transcripts required      Yes                      No.
Date civil complaint filed:

Date: 11/20/14

                                          Signature _____

::ODMA\PCDOCS\WORDPERFECT\17861\1 May 5, 1999 (10:03am)

Copies to:

Timothy G. Blood
Blood Hurst & O'Reardon, LLP
701 B Street, Suite 1700
San Diego, CA 92101

Arturo J. Gonzalez
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

NAME AND ADDRESS OF ATTORNEY

Sigge Malkvist
13465 Camino Canada #106
El Cajon, CA 92021

PHONE: (619) 312-5535

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

DEC 1 2 2014
RECEIVED

TRIAL JUDGE Hon. Barry Ted Moskowitz        COURT REPORTER

In re Hydroxycut Marketing and Sales
Practices Litigation
Andrew Dremak                                CIVIL NO. 09-md-2087-BTM (KSC)
(Appellant/Appellee)     Plaintiff           09-cv-1088-BTM (KSC)

vs

Iovate Health Sciences Group, Inc., et al.   NOTICE OF APPEAL    (Civil)

(Appellant/Appellee)     Defendant

Notice is hereby given that  Sigge Malkvist, Objector,

~~Plaintiff~~ _____ ~~Defendant~~ above named, hereby appeals to the United States Court

of Appeals for the:   (check appropriate box)

  ✗   Ninth Circuit                              Federal Circuit

from the:     (check appropriate box)

  ✗   Final Judgment  (Dkt. 1882 & 344)     ✗  Order (describe) Granting Motion for Final Approval of Class Action Settlement (Dkt 1881 & 343)

entered in this proceeding on the __18__ day of  November , 20 14
Transcripts required      Yes                      No.
Date civil complaint filed:

Date: 11/20/14

Signature: [signed]

::ODMA\PCDOCS\WORDPERFECT\17861\1 May 5, 1999 (10:03am)

Copies to:

Timothy G. Blood
Blood Hurst & O'Reardon, LLP
701 B Street, Suite 1700
San Diego, CA 92101

Arturo J. Gonzalez
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105